1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

BRIAN CHASE,

9

Plaintiff,

10

v.

Case No.  C05-1429L

11

MICHAEL CHERTOFF,

ORDER VACATING ORDER
TO SHOW CAUSE

12

Defendant.

13
14
15
16

On October 19, 2005, the Court issued an Order to Show Cause why this case

17

should not be dismissed for plaintiff's failure to obtain local counsel or to have his

18

counsel admitted to practice before this Court *pro hac vice* as required by the Local

19

Rules.

20

In response to the order, plaintiff's counsel has submitted an application to

21

proceed *pro hac vice*, requested an additional 30 days to obtain local counsel, and

22

represented that the parties are engaged in settlement negotiations.

23

Accordingly, this Court's Order to Show Cause (Dkt. #14) is hereby VACATED.

24

Plaintiff's request for an additional 30 days to obtain local counsel is granted.  If local

25
26

ORDER VACATING ORDER
TO SHOW CAUSE - 1

1 counsel does not file a notice of appearance by November 28, 2005, this case may be

2 dismissed for failure to comply with the Local Rules.

3

4       DATED this 27th day of October, 2005.

5

6

7       Robert S. Lasnik
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER VACATING ORDER
    TO SHOW CAUSE - 2